**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **NISHTMAN IZADI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1510-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER SETTING HEARING & PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY

On this day, the Court considered Petitioner Nishtman Izadi's Amended Emergency Motion for Temporary Restraining Order ("Motion TRO"), ECF No. 6. Izadi entered the United States on November 24, 2024, after fleeing Iran due to persecution. *Id.* ¶¶ 2, 4. Upon her entry, Izadi was detained, and on June 18, 2025, an immigration judge granted her withholding of removal under the Convention Against Torture ("CAT"). *Id.* ¶ 5. She remained in immigration detention for nearly a year, until May 11, 2026, when she was ordered released by the Western District of Louisiana in a grant of habeas corpus. *Id.* ¶ 6. But on May 16, 2026, Immigration and Customs Enforcement ("ICE") detained Izadi again. *Id.* ¶ 7. Since her re-detention, Izadi has been transferred between Texas, Arizona, California, and Louisiana. *Id.* ¶ 8. At the time she filed this Petition, through her sister as next friend, it appears she was detained at the Camp East Montana Detention Facility in El Paso, Texas. Pet. ¶ 2, ECF No. 1. Now, ICE seeks to remove Izadi to a third country, but ICE has not given Izadi or her attorney notice of the intended country of removal, nor an opportunity to express a credible fear of removal there. Mot. TRO ¶¶ 8–9, 13–19.

Izadi asks the Court to enter a TRO prohibiting her removal from the United States without notice and an opportunity to express a reasonable fear beforehand, and access to an immigration judge. *Id.* at 9–10.  Upon due consideration, the TRO request is taken under advisement, and this case is set for a hearing.

Accordingly, the Court **ORDERS** that this case is **SET** for a **HEARING in person** on **Thursday, June 11, 2026, at 9:00 a.m.** in Courtroom 522, United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901.  The attorneys must come to the hearing prepared to discuss the merits of this case and present any evidence in support of their position.  The attorneys must also come prepared to discuss whether jurisdiction is proper before this Court, to include identification of where Izadi was detained at the time the Petition was filed. Respondents must be prepared to inform the Court of the country they have identified for Izadi's removal and discuss the likelihood of her lawful removal in the reasonably foreseeable future.

**Respondents must make all necessary arrangements for Petitioner's presence at the hearing**.  *See* 28 U.S.C. § 2243 ("[T]he person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.").

**IT IS FURTHER ORDERED**, under the Court's inherent authority to preserve and assess its own jurisdiction, that **Respondents SHALL NOT remove or deport Izadi** from the United States, until the Court orders otherwise or this case is closed.  *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel. *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

3

**SO ORDERED**.

**SIGNED** this 8th day of June, 2026.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

3