**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NISHTMAN IZADI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1510-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  Petitioner has filed a Notice, ECF No. 26, informing the Court that an immigration judge has now granted her asylum application.  As a result, she states that all issues related to her removal and third country identification are now moot.  *Id.* at 1–2.  She also asks that Respondents return her passport, birth certificate, and national identity card.  *Id.* at 2–3.

Accordingly, Court **ORDERS** that, **by no later than July 23, 2026**, the parties shall **FILE** a joint status report detailing (1) whether any matters remain pending for this Court's determination, and (2) whether Petitioner's identification documents have been returned.

**IT IS FURTHER ORDERED** that all remaining deadlines set out in this Court's June 12, 2026, Order, ECF No. 21, are **VACATED**.

**SO ORDERED**.

**SIGNED this 9th day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE